| | |
|---|---|
| 1 | SUNNY S. HUO (State Bar No. 181071) |
| | ssh@severson.com |
| 2 | SEVERSON & WERSON - A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 398-3344 |
| 4 | Facsimile: (415) 956-0439 |
| 5 | JANE K. LEE (State Bar No. 247259) |
| | jkl@severson.com |
| 6 | SEVERSON & WERSON - A Professional Corporation |
| | 19100 Von Karman Ave., Suite 700 |
| 7 | Irvine, CA 92612 |
| | Telephone: (949) 442-7110 |
| 8 | Facsimile: (949) 442-7118 |
| 9 | Attorneys for Defendants |
| | COUNTRYWIDE HOME LOANS, INC. |
| 10 | (erroneously sued as COUNTRYWIDE |
| | HOMELOANS, INC.), SUNNY S. HUO and |
| 11 | JANE K. LEE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA A. LOUALHATI, EDISON C. LOUALHATI, <br><br> Plaintiffs, <br><br> vs. <br><br> ETS SERVICES, LLC; GMAC MORTGAGE, LLC; COUNTRYWIDE HOMELOANS, INC., WILLIAM L. PARTRIDGE; SUNNY S. HUO; JANE K. LEE; PALMER, LOMBARDI & DONOHUE LLP, and DOES 1-10, <br><br> Defendants. | Case No.: 5:09-cv-01472-SGL-OP <br> Assigned to: Hon. Stephen G. Larson <br><br> **JUDGMENT OF DISMISSAL** <br><br><br> Complaint Filed: July 2, 2009 <br> Trial Date: Not Set |

---

11952/0230/765706.1

JUDGMENT OF DISMISSAL
Case No.: 5:09-cv-01472-VAP-OP)

This Court, having entered an order granting the Motion to Dismiss of Defendants Countrywide Home Loans, Inc., Sunny S. Huo and Jane K. Lee collectively ("Countrywide") on October 13, 2009, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that this action is dismissed with prejudice as to Countrywide. Final Judgment in favor of Countrywide is hereby rendered in this action. Countrywide is to recover costs upon application to the clerk. The clerk is to enter judgment according.

IT IS SO ORDERED.

Dated October 29, 2009

*[signature]*

STEPHEN G. LARSON

JUDGE OF DISTRICT COURT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **JUDGMENT OF DISMISSAL TO DISMISS** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ address as stated on the attached mailing list.

| | |
|---|---|
| Edison C. Loualhati<br>Angelita A. Loualhati<br>31868 Ridge Berry Drive<br>Winchester, CA 92596 | Telephone:<br>Facsimile:<br>***In Pro Per*** |
| Roland P. Reynolds<br>Palmer Lombardi & Donohue LLP<br>888 West 6th Street, 12th Floor<br>Los Angeles, CA 90017 | Telephone: (213) 688-0430<br>Facsimile: (213) 688-0440<br>Email:<br>rreynolds@pldlawyers.com<br>***Attorneys for Defendant GMAC Mortgage, LLC*** |

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2009, at Irvine, California.

By: _____
LORRAINE JOHNSON

11952/0230/765706.1

- 2 -

JUDGMENT OF DISMISSAL
Case No.: 5:09-cv-01472-VAP-OP)